UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CLARENCE CHRISTOPHER GLOSS, III, | No. CV 13-5134 PA (JPR) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| JOHN SOTO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 22, 2014

Percy Anderson
UNITED STATES DISTRICT JUDGE